DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRIET OPENDEN,**
Appellant,

v.

**SCHOOL BOARD OF BROWARD COUNTY, FLORIDA,**
Appellee.

No. 4D17-1475

[May 3, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 11-006195 (14).

Mark F. Kelly of Mark F. Kelly, P.A., Tampa, for appellant.

Marylin C. Batista, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***